

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 20, 2021

Kira Anne West, Esq.
712 H Street, NE
Unit #509
Washington, DC 20002
kiraannewest@gmail.com

      Re:    *United States v. Andrew C. Ericson*
             Case No. 21-cr-506 (TNM)

Dear Counsel:

    I write to memorialize disclosure of the following paragraph, which was provided to you via e-mail on September 13, 2021:

    As part of our ongoing discovery production in this case, you will receive an invitation via USAFx to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021.  Officer names, witness names, and complainant names have been redacted.  We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted.  When that process is complete, we will reproduce the documents with the unique identifiers.  Additional exhibits from these investigations are forthcoming.  At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

    The referenced materials were shared with you on USAfx on September 13, 2021.  If you have any questions, please feel free to contact me.

                                                Sincerely,

                                                Christine Macey
                                                Assistant United States Attorney

United States Attorney's Office<br>
555 Fourth Street, N.W., Room 5243<br>
Washington, D.C. 20530<br>
(202) 252-7058<br>
Christine.Macey@usdoj.gov